TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00715-CV

Alfred Edwin Pevler, Appellant

v.

Lillie L. Pevler, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. 97-0291, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING 

PER CURIAM 

 We will dismiss this appeal for mootness and for want of prosecution. On
December 10, 1997, this Court received notice from appellant advising that the trial court's ruling
on a request for a temporary restraining order was moot. We did not receive a motion to dismiss,
however. On February 4, 1998, this Court's clerk's office sent notice to appellant that his brief
was overdue. We have received no response and no brief.

 We dismiss the cause as moot, according to appellant's notice. Alternatively, we
dismiss the cause for want of prosecution for failure of appellant to file a brief within the
prescribed period. Tex. R. App. P. 38.8(a)(1).

Before Justices Powers, Kidd and B. A. Smith

Dismissed as Moot

Filed: April 9, 1998

Do Not Publish